UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    PLAINTIFF,

v.                                                           CASE NO.: 8:12-cv-755-RAL-TBM

ZIPLOCAL, LP, YELLOW PAGES GROUP,
LLC, AND YELLOW MEDIA INC.,

    DEFENDANTS.
_____/

### DECLARATION OF W. TRENT MOORE

I, W. Trent Moore, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This Declaration is submitted in support of Yellow Pages Photos, Inc.'s Response in Opposition to Defendant Yellow Pages Group, Inc.'s ("YPG's") Motion to Dismiss for Lack of Personal Jurisdiction or for a More Definite Statement.

2. My name is W. Trent Moore. I am over the age of eighteen (18) and am competent to testify in this matter. I have personal knowledge of the facts set forth in this Declaration.

3. I am the President and sole officer, director, and employee of Yellow Pages Photos, Inc. ("Yellow Pages").

4. Yellow Pages is a corporation duly organized and validly existing under the laws of the State of Florida, with its principal and only place of business in Riverview, Florida.

5. I am authorized to speak on behalf of Yellow Pages.

6. Yellow Pages is in the business of producing and licensing to publishers of telephone directories copyrighted photographs for use in creating, producing, and publishing advertisements.

7. Yellow Pages' library of photographs currently consists of more than 10,000 photographs divided into 185 collections of approximately 50 to 100 photographs each.

8. These collections of photographs are identified by descriptive headings as follows:

| | | |
|---|---|---|
| A/C Contractors | Cell Phones | Dry Cleaners |
| A/C Contractor 2 | Chiropractic | Drywall Construction |
| Antiques | Cities and Skylines 1 | Electrical Contractors |
| Appliances | Cities and Skylines 2 | Electrical Contractors 2 |
| Asphalt/Paving | Cities and Skylines 3 | Everyday People |
| Attorneys 1 | Cities and Skylines 4 | Fence |
| Attorneys 2 | Cities and Skylines 5 | Floral Arrangements |
| Attorneys 3 | Cities and Skylines 6 | Florist |
| Attorneys 4 | Cities and Skylines 7 | Food 1 |
| Attorneys Objects 2 (5) | Cities and Skylines 8 | Food 2 |
| Auto Body Repair | Cities and Skylines 9 | Food 3 |
| Auto Parts | Cities and Skylines 10 | Food 4 |
| Auto Repair | Cities and Skylines 11 | Food 5 |
| Auto Repair 5 | Cities and Skylines 12 | Food 6 |
| Auto Repair and Crashes 3 | Cities and Skylines 13 | Freight and Export |
| | Cities and Skylines 14 | Furniture Dealers |
| Auto Repair and Crashes 4 | Cities and Skylines 15 | Garage Doors |
| | Cities and Skylines 16 | Garage Doors 2 |
| Bail Bonds/Criminal Law | Communications | Garbage |
| Bathrooms | Computers | Glass Contractors |
| Beauty Salons | Concrete Contractors | Golf |
| Bicycles | Copier Service | Gun and Pawn 1 |
| Blinds/Curtains | Crashes | Gutters |
| Boats | Crash 2 | Hawaii |
| Brake Service | Day Spas 1 | Health & Fitness |
| Building Materials/Supplies | Day Spas 2 | Heating Contractors |
| | Daycare 1 | Heavy Equipment |
| Carpet Cleaners/Dealers | Daycare 2 | Heavy Equipment 2 |
| Catering | Dentist | Heavy Equipment 3 |

Home Electronics 1 and 2
Home Features and Maintenance 1
Home Features and Maintenance 2
Home Features and Maintenance 3
Home Features and Maintenance 4
Home Features and Maintenance 5
Home Features and Maintenance 6
Home Improvements
Home Interiors
Homes 1
Homes 2
Homes 3
Homes 4
Homes 5
Homes 6
Homes 7
Homes 8
Homes 9
Hotel Motel
Insurance
Insurance/Casualty
Jewelry
Kitchens
Landscape
Latin/Hispanic
Limo Service
Locks/ Locksmiths
Maids and Janitorial Services
Manufactured Homes
Martial Arts
Medical 1
Medical 2
Medical 3
Medical 4
Medical 5
Medical 6

Mobile Computing
Models and Salons 2
Motor Homes 1
Motor Homes 2
Motorcycles 1
Motorcycles 2
Movers
Muffler Service
New Cars 04-1
New Cars 04-2
New Cars 04-3
Office Furniture
Optical Goods
Painters
People 2
People 3
People 4
People 5
People and Spas 6
Pest Control
Pets & Pet Stores
Pizza
Plumbers
Plumbing Fixtures
Printers
Rental Service
Restaurant Equipment
Roofing
Roofing 2
Salon Styles
Screen Enclosures
Seniors 1
Seniors 2
Seniors 3
Seniors 4
Septic Service
Siding Contractors
Sign Companies
Sports
Storage
Store Fronts
Surveyors
Swimming Pools

Taxi Service
Tile
Tire Dealers
Tools of the Trade
Towing
Transmissions
Travel Agencies
Travel Agencies 2
Tree Service
Tree Service 2
Tree Service 3
Truck Rental and Leasing
Veterinarians
Windows

SLK_TAM: #1449262v1

9. Yellow Pages has licensed these photographs to directory publishers ranging from small companies with but a few books to larger companies such as AT&T and Verizon. The basis for the fee charged and terms imposed for a license may differ from licensee to licensee based on various considerations. In order to control the dissemination of the photographs, Yellow Pages' licenses generally restrict use to employees of the licensee and are non-transferable.

10. Yellow Pages has licensed its entire library of copyrighted photographs to a company named "Phone Directories Company, LP." My understanding is that company is now known as "Ziplocal, LP."

11. A true and correct copy of the End User License Agreement with Phone Directories Company, LP (now known as Ziplocal, LP) is attached hereto as Exhibit 1.

12. In February of 2012, I reviewed the Ziplocal 2011-12 telephone directory for Provo/Orem, Utah against the Ziplocal 2010-11 telephone directory for Provo/Orem, Utah looking for advertisements containing Yellow Pages' photographs that would have been new in the 2011-12 directory. In the course of that review I found many advertisements using 36 different photographs from 28 different collections.

13. Attached as Composite Exhibits 2, 3, and 4 are examples of new advertisements containing Yellow Pages' photographs that were new in the 2011-12 directory. In each exhibit, the first page of the exhibit is a page from the 2011-12 directory with an advertisement containing one of Yellow Pages' photographs; the second page of the exhibit is a page from the 2010-11 directory with the same advertiser's advertisement from the previous year that did not contain the photograph; and the third page is the licensed photograph bearing the Yellow Pages

file name. These are examples from this one directory, which is only one of hundreds published by Ziplocal.

14. In May of 2012, I reviewed two Florida Ziplocal directories again looking for advertisements containing Yellow Pages' photographs. Both directories indicated they were Your Community Phonebook directories In the course of that review, I again found advertisements containing Yellow Pages' photographs.

15. Attached as Composite Exhibit 5 is (i) the front cover of the online Jacksonville Beaches (Florida) 2011-12 directory, (ii) an advertisement from that directory for Here 2 There Movers containing Yellow Pages' truck photograph, and (iii) the stand-alone truck photograph.

16. Attached as Composite Exhibit 6 is (i) the front cover of the online Lake Region (also Florida) 2011-12 directory, (ii) an advertisement for Lake Area Animal Hospital containing Yellow Pages' dog and horse photographs, (iii) the stand-alone dog photograph, and (iv) the stand-alone horse photograph.

17. The process of manually reviewing a single telephone directory visually searching for one of Yellow Pages' more than 10,000 copyrighted photographs is incredibly time consuming, taking approximately 5 to 6 hours, and even then it is difficult to pick out each and every photograph. The artist creating the advertisement many times uses Adobe Photoshop or a similar application to crop, flip, and/or modify the photograph.

15. This Declaration was executed in the United States.

\* \* \*

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of May, 2012.

_____
W. Trent Moore