UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    PLAINTIFF,

v.                                     CASE NO.: 8:12-cv-755-RAL-TBM

ZIPLOCAL, LP, YELLOW PAGES GROUP,
LLC, AND YELLOW MEDIA INC.,

    DEFENDANTS.
_____/

## DECLARATION OF J. TODD TIMMERMAN

I, J. Todd Timmerman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This Declaration is submitted in support of Yellow Pages Photos, Inc.'s Response in Opposition to Defendant Yellow Pages Group, Inc.'s ("YPG's") Motion to Dismiss for Lack of Personal Jurisdiction or for a More Definite Statement.

2. My name is J. Todd Timmerman. I am over the age of eighteen (18) and am competent to testify in this matter. I have personal knowledge of the facts set forth in this Declaration.

3. I am counsel for Plaintiff Yellow Pages Photos, Inc. in this action.

4. Attached as Exhibit 1 is a screen shot printout from Defendant Ziplocal, LP's ("Ziplocal's") website at www.ziplocal.com for certain Tampa, Florida listings I made on May 28, 2012.

5. Attached as Exhibit 2 is another printout from Ziplocal's website at www.ziplocal.com for Ziplocal's "Directory Lookup service" I made on May 28, 2012.

6. Attached as Exhibit 3 is another printout from Ziplocal's website at www.ziplocal.com for "Florida Directory" listings I made on May 28, 2012.

7. Attached as Exhibit 4 is a printout from the Florida Secretary of State's website for Ziplocal, LP, a Delaware limited partnership, I made on May 28, 2012.

8. Attached as Exhibit 5 is a printout of excerpts of Defendant Yellow Media Inc.'s ("Yellow Media's") 2011 Annual Report found on the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

9. Attached as Exhibit 6 is a printout of excerpts of Yellow Media's 2010 Annual Report found on the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

10. Attached as Exhibit 7 is a printout of a Yellow Media March 30, 2010 press release found on the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

11. Attached as Exhibit 8 is a printout of a Yellow Media May 6, 2010 press release found on the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

12. Attached as Exhibit 9 is a printout of a Ziplocal "Key Facts" page from Ziplocal's website at www.ziplocal.com I made on May 9, 2012.

13. Attached as Exhibit 10 is a screen shot printout of a Yellow Pages Group "Company Profile" page from the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

14. Attached as Exhibit 11 is a screen shot printout of a Yellow Pages Group "Contact Us" page from the Yellow Media/Yellow Pages Group website at www.ypg.com I made on May 28, 2012.

15. Attached as Exhibit 12 is a copy of a letter I sent to Francois D. Ramsay, Senior Vice President – General Counsel and Secretary of Yellow Media Inc., I sent on February 23, 2011.

16. Attached as Exhibit 13 is a printout of an e-mail chain between myself and Marie-Aude Gagnon-Rousseau, Legal Counsel for Yellow Pages Group, from April 7, 2011 to April 11, 2011.

17. Attached as Exhibit 14 is a printout of an extension of this e-mail chain including later e-mails to Ms. Gagnon-Rousseau and a response from Jamie Clark, Assistant to Ms. Treena Cooper, Legal Counsel for Yellow Pages Group, on December 21, 2011.

18. This Declaration was executed in the United States.

\* \* \*

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of May, 2012.

_____
J. Todd Timmerman