UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| YELLOW PAGES PHOTOS, INC.,, <br><br> Plaintiff,, <br><br> vs. <br><br> ZIPLOCAL, LP, YELLOW PAGES GROUP, LLC, AND YELLOW MEDIA INC., <br><br> Defendants. | Case No.: 8:12 cv-755-RAL-TBM |

**DECLARATION OF JACQUELINE M. LESSER PURSUANT TO 28 U.S.C. §1746 IN SUPPORT OF DEFENDANT YELLOW MEDIA INC.'S MOTION TO DISMISS**

I, Jacqueline M. Lesser, hereby declare as follows:

1. I am an attorney associated with the law firm of Woodcock Washburn LLP, counsel for defendants Yellow Media Inc., ("YMI") and Yellow Pages Group LLC ("YPG") in the above captioned matter.

2. On May 18, 2012, I wrote to John T. Timmerman, Esq., counsel for the Plaintiff, Yellow Pages Photos, Inc., regarding Plaintiff's submission to YPG of a PDF file identifying 36 photos. I requested clarification of whether these were the photos that Plaintiff claims it owns, and claims were infringed by Ziplocal. I also requested clarification of whether these were the photos that the Plaintiff contends were infringed by YPG, and if that were the case, to advise us

in which directories these photos have appeared.  A copy of my letter is attached hereto, as Exhibit A.

3. To date, I have received no response to my May 18th letter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 7th day of June, 2012.

_____
Jacqueline M. Lesser

# EXHIBIT A



**INTELLECTUAL PROPERTY LAW**
ATLANTA • PHILADELPHIA • SEATTLE

**PHILADELPHIA OFFICE**
CIRA CENTRE, 12TH FLOOR
2929 ARCH STREET
PHILADELPHIA, PA 19104-2891
215.568.3100
FAX: 215.568.3439

JACQUELINE M. LESSER
215.564.2155
jlesser@woodcock.com

May 18, 2012

**VIA FEDERAL EXPRESS AND EMAIL**
Mr. John T. Timmerman, Esq.
Shumaker, Loop & Kendrick, LLP
101 E Kennedy Blvd - Ste 2800
PO Box 172609
Tampa, FL  33672-0609

Re:   Yellow Pages Photos, Inc. vs. Ziplocal, LP, Yellow Pages Group, LLC, and Yellow Media Inc., No. 8:12-CV-755-T-26TBM (M.D. Fla.)

Dear Mr. Timmerman:

My client received from you recently a CD with a PDF file entitled "Orem-Provo 2012 infringement Summary." The PDF file lists 36 photos, and we assume that these are photos that Yellow Pages Photos claims it owns and claims have been infringed, presumably by Ziplocal. We disagree, of course, that Yellow Pages Group has infringed any photos of Yellow Pages Photos. But we would like to know two things: first, whether you contend that any of these 36 photos were infringed by Yellow Pages Group and, second, whether there are any photos other than the 36 that you contend were infringed by Yellow Pages Group. If you do contend that there are photos other than those shown in the CD that you contend have been infringed, please send us copies of those, and please let us know the directory or directories in which the photos have appeared. We look forward to promptly receiving this information from you.

Thank you for your anticipated cooperation.

Regards,

Jacqueline M. Lesser

JML/rc
cc:   C. Douglas McDonald, Jr. Esq.
      David J. Wolfsohn, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

---
YELLOW PAGES PHOTOS, INC.,    )
                              )
        Plaintiff,,           )
                              )
vs.                           )    Case No.: 8:12 cv-755
                              )
ZIPLOCAL, LP, YELLOW PAGES GROUP, )
LLC, AND YELLOW MEDIA INC.,   )
                              )
                              )
        Defendants.           )
---

## CERTIFICATE OF SERVICE

I CERTIFY that on June 7, 2012, a true and correct copy of the foregoing Declaration of Jacqueline Lesser Pursuant to 28 U.S.C. § 1746 in Support of Defendant Yellow Media, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction for a More Definite Statement was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      /s/ C. Douglas McDonald
      C. Douglas McDonald

1