UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    PLAINTIFF,

v.                            CASE NO.: 8:12-cv-755-RAL-TBM

ZIPLOCAL, LP, YELLOW PAGES GROUP,
LLC, AND YELLOW MEDIA INC.,

    DEFENDANTS.

_____/

### DECLARATION OF J. TODD TIMMERMAN

I, J. Todd Timmerman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      This Declaration is submitted in support of Yellow Pages Photos, Inc.'s Response in Opposition to Defendant Yellow Media, Inc.'s ("Yellow Media's") Motion to Dismiss for Lack of Personal Jurisdiction or for a More Definite Statement.

2.      My name is J. Todd Timmerman.  I am over the age of eighteen (18) and am competent to testify in this matter.  I have personal knowledge of the facts set forth in this Declaration.

3.      I am counsel for Plaintiff Yellow Pages Photos, Inc. in this action.

4.      I have received emails from Treena Cooper and Jamie Clark (listed as Ms. Cooper's Assistant) wherein the entity listed in the signature line is "Groupe Pages Jaunes/Yellow Pages Group."  Attached as Exhibit 1 is a print out of an example of an email I received showing the same.

5.      Attached as Exhibit 2 is a printout from the State of Indiana's government website at www.in.gov where I conducted a search for "Yellow Pages Group" on June 19, 2012.

6.      Attached as Exhibit 3 is a printout of a Yellow Media "Company Profile" page from Yellow Media/Yellow Pages Group's website at www.ypg.com I made on June 19, 2012.

7.      Attached as Exhibit 4 is a printout of a Yellow Media "Board of directors" page from Yellow Media/Yellow Pages Group's website at www.ypg.com I made on June 19, 2012.

8.      Attached as Exhibit 5 is a printout of excerpts of Yellow Media's Annual Report for 2011 found on the Yellow Media/Yellow Pages Group's website at www.ypg.com I made on June 19, 2012.

9.      Attached as Exhibit 6 is a printout of excerpts of Yellow Media's Annual Report for 2010 found on the Yellow Media/Yellow Pages Group's website at www.ypg.com I made on June 19, 2012.

10.     Attached as Exhibit 7 is a printout of a Yellow Media "Contact us" page from Yellow Media/Yellow Pages Group's website at www.ypg.com I made on June 19, 2012.

11.     This Declaration was executed in the United States.

*       *       *

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of June, 2012.

_____
J. Todd Timmerman

## Timmerman, J. Todd

**From:** Jamie Clark [Jamie.Clark@ypg.com]
**Sent:** Wednesday, December 21, 2011 4:01 PM
**To:** Timmerman, J. Todd
**Cc:** Richter, Mindi; Stearns, Jason P.; Treena Cooper
**Subject:** RE: Yellow Pages Photos, Inc./Yellow Media Inc.

Mr. Zimmerman,

Thank you for your message. Please be advised that Marie-Aude Gagnon Rousseau is no longer with Yellow Media Inc.; Treena Cooper will be handling this matter. As Treena requires time to review the file and in view of the upcoming holidays, we ask that your deadline to reply be extended until after the new year, namely January 6, 2011.

Thank you,

**Jamie Clark**
Adjointe de Treena Cooper, Conseillère juridique
Assistant to Treena Cooper, Legal Counsel

**Groupe Pages Jaunes / Yellow Pages Group**
16 Place du Commerce, Verdun, Québec H3E 2A5
**T** 514 934 2947 **F** 514 934 4076
**W** ypg.com   pagesjaunes.ca   yellowpages.ca   canada411.ca   canadaplus.ca

---

S'il vous plaît, pensez à l'environnement avant d'imprimer ce courriel.
**Please consider the environment before printing this email.**

---

**From:** Timmerman, J. Todd [mailto:ttimmerman@slk-law.com]
**Sent:** December 21, 2011 2:10 PM
**To:** Marie-Aude Gagnon-Rousseau
**Cc:** Richter, Mindi; Stearns, Jason P.; Jamie Clark
**Subject:** RE: Yellow Pages Photos, Inc./Yellow Media Inc.

Dear Ms. Gagnon-Rousseau,

When we discussed this matter back in April, you represented to me that the Yellow Media, Inc. did not have and was not using any photographic images owned by Yellow Pages Photos, Inc., and that any of Yellow Pages Photos, Inc.'s images appearing in the directories of Yellow Media, Inc. and its subsidiaries had originated with ASEC. We have now determined that is not the case. We invite you again to discuss terms on which we can resolve this issue. Given the lengthy delay occasioned by these misrepresentations, we ask that you do so by Wednesday, December 28, 2011. In the meantime, we remind you of the preservation obligations of Yellow Media, Inc. and its subsidiaries.

Very truly yours,

J. Todd Timmerman



6/20/2012

*Attorney at Law, Board Certified in Intellectual Property Law*
**Shumaker, Loop & Kendrick, LLP**
Bank of America Plaza
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33602
813.229.7600
813.227.2243 direct
813.229.1660 fax
ttimmerman@slk-law.com
www.slk-law.com

---

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

---

**From:** Marie-Aude Gagnon-Rousseau [mailto:Marie-Aude.Gagnon-Rousseau@ypg.com]
**Sent:** Monday, April 11, 2011 9:10 AM
**To:** Timmerman, J. Todd
**Cc:** Richter, Mindi; Stearns, Jason P.; Jamie Clark
**Subject:** RE: Yellow Pages Photos, Inc./Yellow Media Inc.

Todd,
I left a voice message with your assistant last Friday and you haven't returned my call.
Please do so at your earliest convenience.
Marie
Marie-Aude Gagnon Rousseau
Conseillère Juridique/Legal Counsel

**Groupe Pages Jaunes / Yellow Pages Group**
16 Place du Commerce, Verdun, QC, H3E 2A5
**T**  514.934.7350

**W**  ypg.com   pagesjaunes.ca   yellowpages.ca   canada411.ca   canadaplus.ca

---

S'il vous plaît, pensez à l'environnement avant d'imprimer ce courriel.
**Please consider the environment before printing this email.**

---

**De :** Timmerman, J. Todd [mailto:ttimmerman@slk-law.com]
**Envoyé :** Thursday, April 07, 2011 4:16 PM
**À :** Marie-Aude Gagnon-Rousseau
**Cc :** Richter, Mindi; Stearns, Jason P.
**Objet :** Yellow Pages Photos, Inc./Yellow Media Inc.
Dear Ms. Gagnon-Rousseau,
It has been well over a month now since we brought to Yellow Media Inc.'s attention unauthorized use of photographic images owned by Yellow Pages Photos, Inc., and although we have discussed this matter with you and provided you with further information, we have received no substantive response.  We request a substantive response by 12:00 p.m. on Monday, April 11, 2011.
In addition, we suggest that Yellow Media Inc., its subsidiaries and affiliates (collectively, "YMI") immediately put in place a litigation hold on the destruction or discarding of documents, including electronic documents, in its possession, custody, and control.  Additionally, YMI should inform its officers, employees, representatives, and agents of their obligations to preserve evidence.
The laws and rules prohibiting destruction or loss of evidence and documents that are legitimate targets of a discovery request apply to electronically stored information in the same manner that they apply to hard-copy evidence and documents.  The mere continued use of a computer or other electronic device may – purposely or incidentally –

cause the deletion or modification of electronic information. YMI and all of its officers, employees, representatives, and agents must preserve this information until the final resolution of this matter. YMI's obligations include ceasing any backup tape recycling or data destruction practices and refraining from reformatting or defragmenting any hard drive, removable disk, or other storage media. To avoid spoliation, YMI will need to provide the data that Yellow Pages Photos will request on the original electronic media. YMI will not be permitted to simply make copies of files that they believe to be responsive to Yellow Pages Photos' discovery requests.

Yellow Pages Photos' discovery requests will ask for certain data on electronic storage media that are not readily available to an ordinary computer user, such as "deleted" files and "file fragments." As you may know, although a user may "erase" or "delete" a file, all that action accomplishes is removing the computer operating system's "pointer" or reference to that file. Unless and until the "deleted" or "erased" data is overwritten with new data, a forensic specialist can recover the file as reliably as an ordinary user can access any "active" file visible on the computer's directory listing. Therefore, YMI and all of the users of computers in YMI's possession, custody, and control should not attempt to "erase" or "delete" any file or data that may be relevant to this action, and forensic "mirror-image" duplicate images should immediately be made of any hard drive or other storage media that may contain relevant "erased" or "deleted" files or data so that such responsive files, data, and evidence are not improperly destroyed or altered through continued use.

Electronic data and storage media (and the means for accessing such data and media) that may be subject to Yellow Pages Photos' discovery requests and that YMI is obligated to maintain without alteration include, without limitation:

> Electronic files and data, including, but not limited to, image files, advertisement files, email and attachments thereto, other electronic communications, word processing documents, spreadsheets, databases, calendars, telephone logs, Internet usage files, network access information, "deleted" files and file fragments, whether such files and data are stored on magnetic, optical, or other storage media, including hard drives, backup tapes, networked drives, CD-ROMs, DVDs, floppy disks, thumb drives, zip drives, jazz drives, and other fixed or removable storage media.
>
> Passwords, decryption procedures and tools, ID names, software, and any and all other things needed to view and reconstruct the electronic data Yellow Pages Photos will request through discovery.

YMI should take special care to avoid altering or deleting any electronic data related to any email sent, received, or otherwise stored using any of YMI's computers, servers, networks, or other electronic devices or otherwise stored on any of YMI's electronic storage media.

We look forward to your response this coming Monday.

Very truly yours,

**J. Todd Timmerman**
*Attorney at Law, Board Certified in Intellectual Property Law*
**Shumaker, Loop & Kendrick, LLP**
Bank of America Plaza
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33602
813.229.7600
813.227.2243 direct
813.229.1660 fax
ttimmerman@slk-law.com
www.slk-law.com

---

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

---

AVIS :
Ce message est confidentiel et à l'usage exclusif du destinataire. Toute autre personne est avisée qu'il lui est strictement interdit de le diffuser, distribuer ou reproduire. Si vous avez reçu ce message par erreur, veuillez nous en informer immédiatement par téléphone ou par courriel et effacer

toute copie.

NOTICE:
This e-mail is confidential and intended for the exclusive use of the addressee. Any other person is strictly prohibited from disclosing, distributing or reproducing it. If you have received this e-mail by mistake, please notify us immediately by telephone or e-mail and delete all copies.

_____

_Name Searched On_:
**YELLOW PAGES GROUP (Legal)**

**Current Information**

_Entity Legal Name_:
**YELLOW PAGES GROUP, LLC**

_Entity Fictitious Name:_
_Entity Address_:
**16 PLACE DU COMMERCE, NUN'S ISLAND, QUEBEC, AN H3E 2A5**

**_General Entity Information:_**

Control Number: **2008091100138**
Status: **Active**
Entity Type: **Foreign Limited Liability Company (LLC)**

Entity Creation Date: **9/10/2008**
Entity Date to Expire:
Entity Inactive Date:

Original Creation Date: **7/21/2008**
Original Creation State: **DE**

**This entity is past due on its Business Entity Report(s). Click** here **to file the Business Entity Report.**

**There are no other names on file for this Entity.**

**Additional Services Available:**

| | |
|---|---|
| GO | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| GO | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for _IN.gov_ subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| GO | **Generate Copies of Business Entity Documents**. |
| GO | **Request Information Printouts or Certificates**. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule View turn around time |

NEW SEARCH
If you encounter technical difficulties while using these services, please contact the _IN.gov_ Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please
contact Secretary of State Jerold A. Bonnet's Business Services Division at 317-232-6576.

« Business Services Home Page

**EXHIBIT**
**2**
tabbies

Page 1 of 1

# Company Profile

Yellow Media Inc. (TSX: YLO) is a leading digital company in Canada. The Corporation serves Canadian businesses and consumers nationwide.

Yellow Media Inc. owns and operates some of Canada's leading properties and publications including Yellow Pages™ directories, YellowPages.ca™, Canada411.ca™, and RedFlagDeals.com. Its online destinations reach approximately 9 million of unique visitors monthly and its mobile applications for finding local businesses, deals and vehicles have been downloaded over 3 million times.

Yellow Media Inc. is also a leader in national digital advertising through Mediative, a digital advertising and marketing solutions provider to national agencies and advertisers. In addition, the Corporation owns Wall2Wall Media ("W2W"), a Yellow Pages Group (YPG) company that manages activities, publications and services related to the real estate, employment and hospital news print and online verticals.

2011 saw the launch of the Corporation's 360° Solution. With this integrated solution offered through a single point of access, YPG now offers targeted print advertising, presence on leading online and mobile Canadian properties and applications, managed web site solutions (including design) and videos, customized search engine marketing and search engine optimization, as well as access to a broad network of partners, to performance reporting and analytics and to personalised expertise and services.

In 2011, the Corporation, through YPG and Canpages, published more than 400 different print telephone directories annually with a total circulation of approximately 29 million copies reaching substantially all of the Canadian households and businesses in its markets which were also available online and through a variety of digital options. Local businesses represented approximately 91% of YPG and Canpages' advertising revenue in 2011. The Corporation's largest advertiser contributes less than 1% of annual revenue.[1]

The Corporation owns more than 250 trade-marks in connection with its Canadian directories business including Yellow Pages™, Pages Jaunes™, Walking Fingers & Design™, Canada411™, YellowPages.ca™, PagesJaunes.ca™ and Canpages™. In addition, YPG has entered into trade-mark license agreements with Bell Canada, Telus, Bell Aliant and MTS Allstream, giving YPG the exclusive right to use their trademarks in connection with the publication of print and online directories.

The Corporation devotes significant resources to the protection of its trade-marks and takes a proactive approach to protecting its brand exclusivity.

Yellow Media Inc. employs approximately 3,400 people.

The Corporation's principal and head office is located at 16 Place du Commerce, Île des Soeurs, Verdun, Québec, Canada, H3E 2A5.

[1] 2011 Annual Information Form



EXHIBIT

**3**

6/19/2012

# Board of directors

<u>Michael T. Boychuk</u>
**President and Chief Executive Officer**
Bimcor Inc.
Director

<u>Craig Forman</u>
**Executive Chairman of the Board**
Appia Inc.
Director

<u>John R. Gaulding</u>
**Chairman**
Gaulding & Co.
Director

<u>Michael R. Lambert</u>
**Chief Financial Officer**
The Forzani Group Ltd.
Director

<u>David G. Leith</u>
**Corporate Director**
Director

<u>Anthony G. Miller</u>
**Corporate Director**
Director

<u>Martin Nisenholtz</u>
**Senior Vice President, Digital Operations**
The New York Times Company
Director

<u>Marc L. Reisch</u>
**Chairman, President and Chief Executive Officer**
Visant Corporation
Director and Chairman of the Board

<u>Michael E. Roach</u>
**President and Chief Executive Officer**
CGI Group Inc.
Director

<u>Bruce K. Robertson</u>
**Principal**
Grandview Capital
Director

<u>Marc P. Tellier</u>
**President and Chief Executive Officer**
Yellow Pages Group Co.
Director





ANNUAL REPORT
2011

EXHIBIT
5

Notes to the Consolidated Financial Statements – December 31, 2011
(all tabular amounts are in thousands of Canadian dollars, except share information)

On October 15, 2010, the holders of the Exchangeable Notes monetized their investment through a resale of the Notes to a third-party financial institution. In order to facilitate this resale transaction and the orderly conversion of the Exchangeable Notes into common shares during the course of 2011, Yellow Media Inc. entered into a total return swap ("TRS") transaction referencing the Notes with the same counterparty for a period ending December 15, 2011. Pursuant to the terms of the TRS, the 5% fixed interest rate under the Exchangeable Notes was converted to the floating rate of interest equal to the three-month Banker's Acceptance plus 1.75%. In addition, under the TRS, the counterparty as a holder of the Notes was expected to exchange 25% of the principal amount into underlying Yellow Media Inc. common shares at 95% of the prevailing market price, to be calculated using a volume weighted average price over a period of up to 20 days. Yellow Media Inc. may have received or paid under the TRS an adjustment amount to the extent that the value realized by the TRS counterparty on the exchange or redemption of the Notes exceeded or was less than the $141.6 million principal amount of the Exchangeable Notes. The TRS was measured at fair value and was marked-to-market through net earnings at each statement of financial position date.

On February 15, 2011, the exchange right was exercised and one quarter of the Exchangeable Promissory Notes was converted into 6.3 million common shares of Yellow Media Inc. Also, since the value realized by the Total Return Swap counterparty on the exchange of the Notes was less than the principal amount of the Notes, Yellow Media Inc. paid an adjustment amount of $4.2 million under the Total Return Swap.

On March 31, 2011 Yellow Media Inc. exercised its redemption right applicable to another quarter of the principal amount of the Notes representing $35.4 million. The principal amount along with the 5% redemption premium stipulated under the Total Return Swap was paid on April 1, 2011.

During the second quarter of 2011, the remaining Exchangeable Notes were redeemed. The remaining principal amount along with the 5% redemption premium stipulated under the Total Return Swap was paid on June 10, 2011 and the Total Return Swap was unwound.

## Foreign Exchange Risk

Yellow Media Inc. operates in the United States and is exposed to foreign exchange risk arriving from various currency transactions. Foreign exchange transaction risk arises primarily from commercial transactions that are denominated in a currency that is not the functional currency of Yellow Media Inc.'s business unit that is party to the transaction. Yellow Media Inc. is exposed to fluctuations in the US dollar. The effect on net earnings and other comprehensive income from existing US dollar exposures of a 1 point increase or decrease in the Canadian/US dollar exchange rate is not significant.

## Liquidity Risk

Liquidity risk is the exposure of Yellow Media Inc. to the risk of not being able to meet its financial obligations as they become due. Yellow Media Inc. manages liquidity risk through the management of its capital structure and financial leverage as outlined in Note 26 - Capital Disclosures.

The following are the contractual maturities of the financial liabilities and related capital amounts:

| | | | Payments due for the years following December 31, 2011 | | |
| | Total | | 1 – 3 years | 4 – 5 years | After 5 years |
|---|---|---|---|---|---|
| Non-derivative financial liabilities[1] | | | | | |
| Deferred consideration | $ 9,368 | $ | 9,368 | $ – | $ – |
| Long-term debt | 1,610,505 | | 714,733 | 457,977 | 437,795 |
| Obligations under finance leases | 4,148 | | 3,814 | 334 | – |
| Exchangeable and convertible instruments | 200,000 | | – | – | 200,000 |
| Preferred shares, Series 1 and 2 | 402,700 | | 251,147 | – | 151,553 |
| Total | $ 2,226,721 | $ | 979,062 | $ 458,311 | $ 789,348 |

[1] Principal amount

On December 31, 2011 cash amounted to $84.2 million. Yellow Media Inc. can access another $250 million under its credit facility.

## Fair values

The fair value is the amount at which a financial instrument could be exchanged between willing parties, based on current markets for instruments with the same risk, principal and remaining maturity. Fair value estimates are based on present value and other valuation techniques using rates that reflect those that Yellow Media Inc. could currently obtain, on the market, for loans with similar terms, conditions and maturities. The entity's own credit risk and the credit risk of the counterparty was taken into account when determining the fair value of financial assets and financial liabilities including derivative instruments

The fair value of trade receivable, accounts payable and accrued liabilities, Credit Facilities and commercial paper is approximately equal to their carrying values due to their short-term maturity.

Yellow Media Inc.   Annual Report 2010



A Print Heritage.
A Digital Future.



EXHIBIT

tables

6

Notes to the Consolidated Financial Statements - December 31, 2010 and 2009
(all tabular amounts are in thousands of Canadian dollars, except share information)

# 1. Description

On November 1, 2010, Yellow Pages Income Fund (the "Fund") and Yellow Media Inc. (the "Company") entered into a Plan of arrangement pursuant to which, the parties proposed to implement an arrangement under the Canada Business Corporations Act (the "Plan of Arrangement"). The Plan of Arrangement involved the exchange, on a one-for-one basis of units of Fund for common shares of Yellow Media Inc. As a result of the Plan of Arrangement, the holders of units of the Fund became the sole shareholders of Yellow Media Inc. The effective date of the Plan of Arrangement was November 1, 2010.

As part of the reorganization, YPG LP was wound up and its assets were distributed to YPG General Partner Inc, ("YPG GP") and YPG Trust (the "Trust") on a pro rata basis. The Trust and the Fund were then wound up and their assets were ultimately distributed to the Fund. YPG GP amalgamated with Yellow Media Inc. and other entities of the group. The conversion was treated as a change in business form and was accounted for as a continuity of interests; as such the carrying amounts of assets, liabilities and unitholders' equity in the consolidated financial statements of the Fund immediately before the conversion were the same as the carrying values of Yellow Media Inc. immediately after the conversion. Yellow Media Inc. refers to common shares, shareholders and dividends which were formerly referred to as units, unitholders and distributions under the Fund. Comparative amounts in these and future financial statements are those of the Fund.

Yellow Media Inc., through subsidiaries, operates print and online directories, classified advertising and performance marketing solutions in all the Provinces of Canada. Also, Yellow Media Inc. operates Dealer.com, a leading provider of online marketing solutions in the United States.

References herein to Yellow Media Inc. represent the financial position, results of operations, cash flows and disclosures of Yellow Media Inc. and its subsidiaries on a consolidated basis.

# 2. Significant accounting policies

## Basis of presentation

These consolidated financial statements (the "financial statements") have been prepared by management in accordance with Canadian generally accepted accounting principles ("GAAP").

## Adoption of new accounting policies

The following standards were adopted effective January 1, 2010.

a)  Section 1582, *Business Combinations*. Section 1582 provides the Canadian equivalent to International Financial Reporting Standards ("IFRS") 3 *Business Combinations*. The new recommendations require measuring business acquisitions at the fair value of the acquired business, including the measurement at fair value of items such as non-controlling interests and contingent payment considerations. In addition, business acquisition-related costs including transaction costs and restructuring costs are expensed rather than capitalized.

b)  Section 1601, *Consolidated Financial Statements* and Section 1602, *Non-Controlling Interests*. Section 1601, together with Section 1602, replace Section 1600. Section 1601 establishes standards for the preparation of consolidated financial statements. The requirements in this Section are substantially converged with the portion of Section 1600 which established standards for the preparation of consolidated financial statements. Section 1602 is substantially converged with the portion of IAS 27, *Consolidated and Separate Financial Statements* that establishes standards for accounting for non-controlling interests in a subsidiary subsequent to a business combination. Section 1602 introduces a number of changes, including:

- in the consolidated balance sheets and consolidated statements of equity, non-controlling interests are now presented as a separate component of equity as opposed to a separate item on the balance sheet outside of equity;

- non-controlling interests are no longer recorded as a deduction in calculating net earnings and total comprehensive income. Instead, net earnings and each component of other comprehensive income are attributed to the shareholders of the Company and to the non-controlling interests; and

- shares owned prior to a change in control on a business acquisition achieved in stages have to be valued at their fair value on the date of acquisition and any gain or loss on those shares needs to be recognized in net earnings.

Basic earnings per share is computed by dividing net earnings available to common shareholders of Yellow Media Inc. by the weighted average number of shares outstanding during the year. This calculation is consistent with the calculation of the Basic earnings per share before adopting this Section. Therefore basic earnings per share did not change.

The above sections were not mandatorily applicable for Yellow Media Inc. before the fiscal year beginning on January 1, 2011. However, Yellow Media Inc. has elected to early adopt these sections, as of January 1, 2010, in order to more closely align itself with IFRS and mitigate the impact of adopting IFRS at the changeover date. In accordance with the transitional provisions, these sections have been applied prospectively, with the exception of the presentation requirements for non-controlling interests, which must be

Notes to the Consolidated Financial Statements – December 31, 2010 and 2009
(all tabular amounts are in thousands of Canadian dollars, except share information)

Interest Rate Risk

Yellow Media Inc. is exposed to interest rate risks through its financial obligations bearing variable interest rates. The interest rates on Yellow Media Inc.'s bank facility, commercial paper issuances, and cash and short-term investments are generally based on the Canadian Banker's Acceptance rate. As of December 31, 2010, including the impact of the financial derivatives described below, the net amount exposed to short-term rates fluctuations was $872.2 million. Based on this exposure as at December 31, 2010, an assumed 0.5 percentage point increase in the Banker's Acceptance rate would have an unfavourable impact of $4.4 million on net earnings with an equal but opposite effect for an assumed 0.5 percentage point decrease. Yellow Media Inc. is also exposed to fluctuations in long-term interest rates relative to the refinancing of its debt obligations upon their maturity. The interest rate on new long-term debt issuances will be based on the prevailing rates at the time of the refinancing, and will also depend on the tenor of the new debt issued. Yellow Media Inc. manages interest rate risk exposure by having a balanced schedule of debt maturities, as well as a combination of fixed and floating interest rate obligations and uses interest rate derivative products when appropriate to hedge interest rate risk.

Yellow Media Inc. uses derivative contracts to manage the combination of fixed and floating interest rates on its long-term debt and to manage interest rate risk on planned debt issuances.

In August 2009, Yellow Media Inc. entered into three interest rate swaps totalling $130 million to hedge the Series 9 Medium Term Notes. Yellow Media Inc. receives interest on these swaps at 6.5% and pays a floating rate equal to the three-month Banker's Acceptance plus a spread of 4.3%. The swaps mature July 10, 2013, matching the maturity date of the underlying debt. As at December 31, 2010, the interest rate swaps met the criteria for hedge accounting.

In February 2010, Yellow Media Inc. also entered into two interest rate swaps totalling $125 million to hedge the Series 8 Medium Term Notes. Yellow Media Inc. receives interest on these swaps at 6.85% and pays a floating rate equal to the three-month Banker's Acceptance plus a spread of 4.3%. The swaps mature December 3, 2013, matching the maturity date of the underlying debt. As at December 31, 2010, the interest rate swaps met the criteria for hedge accounting.

On October 15, 2010, the holders of the Exchangeable Notes monetized their investment through a resale of the Notes to a third-party financial institution. In order to facilitate this resale transaction and the orderly conversion of the Exchangeable Notes into common shares during the course of 2011, Yellow Media Inc. entered into a total return swap ("TRS") transaction referencing the Notes with the same counterparty for a period ending December 15, 2011. Pursuant to the terms of the TRS, the 5% fixed interest rate under the Exchangeable Notes was converted to the floating rate of interest equal to the three-month Banker's Acceptance plus 1.75%. In addition, under the TRS, the counterparty as a holder of the Notes is expected to exchange 25% of the principal amount into underlying Yellow Media Inc. common shares at 95% of the prevailing market price, to be calculated using a volume weighted average price over a period of up to 20 days. In addition, Yellow Media Inc. may receive or pay under the TRS an adjustment amount to the extent that the value realized by the TRS counterparty on the exchange or redemption of the Notes exceeds or is less than the $141.6 million principal amount of the Exchangeable Notes. The TRS is measured at fair value and is marked-to-market through net earnings at each balance sheet date.

Foreign Exchange Risk

Yellow Media Inc. operates in the United States and is exposed to foreign exchange risk arriving from various currency transactions. Foreign exchange transaction risk arises primarily from commercial transactions that are denominated in a currency that is not the functional currency of Yellow Media Inc.'s business unit that is party to the transaction. Yellow Media Inc. is exposed to fluctuations in the US dollar. The effect on net earnings and other comprehensive income from existing US dollar exposures of a 1 point increase or decrease in the Canadian/US dollar exchange rate is not significant.

Liquidity Risk

Liquidity risk is the exposure of Yellow Media Inc. to the risk of not being able to meet its financial obligations as they become due. Yellow Media Inc. manages liquidity risk through the management of its capital structure and financial leverage as outlined in Note 26 - Capital Disclosures.

Notes to the Consolidated Financial Statements – December 31, 2010 and 2009
(all tabular amounts are in thousands of Canadian dollars, except share information)

## 28. Segmented information

Yellow Media Inc.'s reportable segments consist of strategic business units that offer different products. Management has determined that Yellow Media Inc. operates in two reportable segments: Directories and Vertical Media. The Directories segment operates in print and online directories, and performance marketing solutions. The Vertical Media segment operates in the vertical print publications and web sites by topic or area of interest performance marketing solutions. The accounting policies of the segments are the same as those used for the consolidated financial statements. Yellow Media Inc. or chief operating decision maker analyzes the performance of its operating segments based on their income from operations which is not a measure of performance under GAAP; however, management uses this performance measure for assessing the operating performance of its reportable segments.

The tables below summarize the selected financial information by segment:

| | For the year ended December 31, 2010[1] | | |
| --- | --- | --- | --- |
| | Directories | Vertical Media | Consolidated |
| Revenues | $  1,365,276 | $   314,584 | $  1,679,860 |
| Operating costs | 560,314 | 220,702 | 781,016 |
| Conversion and rebranding costs | 45,629 | 2,900 | 48,529 |
| Income from operations before depreciation and amortization, acquisition-related costs and restructuring and special charges | 759,333 | 90,982 | 850,315 |
| Depreciation and amortization | 163,240 | 106,877 | 270,117 |
| Acquisition-related costs (recovery) | 30,709 | (170) | 30,539 |
| Restructuring and special charges | 30,724 | 3,179 | 33,903 |
| Income (loss) from operations | $   534,660 | $   (18,904) | $   515,756 |

| | For the year ended December 31, 2009[1] | | |
| --- | --- | --- | --- |
| | Directories | Vertical Media | Consolidated |
| Revenues | $  1,392,029 | $   247,855 | $  1,639,884 |
| Operating costs | 570,125 | 176,321 | 746,446 |
| Income from operations before depreciation and amortization, impairment of goodwill and restructuring and special charges | 821,904 | 71,534 | 893,438 |
| Depreciation and amortization | 109,846 | 32,568 | 142,414 |
| Impairment of goodwill | – | 315,000 | 315,000 |
| Restructuring and special charges | 33,735 | 6,581 | 40,316 |
| Income (loss) from operations | $   678,323 | $   (282,615) | $   395,708 |

[1] Included in the Directories segment are the results of YPG USA and in the Vertical Media segment are the results of Dealer.com. Consequently, $111.3 million of revenues are included for the year ended December 31, 2010 (2009 - $37.2 million) and were generated in the United States of America. Revenues are attributed to countries based on the location of the customer.

# Contact us

**CLIENT SERVICES**

For directory billing inquiries, claims and closing dates, print and Internet advertising:

**Yellow Pages Group Telephone**

**1 877 909-YELO (9356)** for all Canada

**Canpages Telephone**

**1 800 634-1476** for all Canada

**Email**

Ontario, Yukon, Northwest Territories
Quebec, Atlantic Canada
British Columbia, Alberta, Saskatchewan, Manitoba

## YELLOW PAGES GROUP TELEPHONE DIRECTORY ORDERING

The *Custom Delivery* program offers people the choice of how to receive their directory or to stop receiving the print copy. To customize your directory order, click here.

For those who do not have Internet access: 1-800-268-5637

**Canpages** directory orders and opt-out: Distribution@canpages.ca

For all other inquiries, please contact us by email.

## OUR OFFICE LOCATIONS

### CANADA

| **Montreal** | **Toronto** | **Ottawa** |
|---|---|---|
| 16 Place du Commerce | 325 Milner Avenue | 1 Raymond Street, Suite 300 |
| Île des Soeurs | Toronto, Ontario | Ottawa, Ontario |
| Verdun, Quebec | M1B 5S8 | K1R 1A2 |
| H3E 2A5 | Main number: (416) 412-5000 | Main number: |
| Main number: (514) 934-2611 | Toll free number: 1 800 268- | (613) 780-7400 |

**EXHIBIT**

**7**

Toll free number: 1 800 361-6010 3550

**Burnaby**

4260, Still Creek Drive
Burnaby, British Columbia
V5C 6C6
Main number: (604) 268-9000
Toll free number: 1 800 268-6680

**Winnipeg**

201 Portage Avenue, Suite 1750
Winnipeg, Manitoba
R3B 3K6
Main number: (204) 941-8190
Toll free number: 1 800 561 1104

**Calgary**

2891 Sunridge Way N.E.
Calgary, Alberta
T1Y 7K7
Main number: (403) 204-5416
Toll free number: 1 866 243-1884

**Saint John**

400 Main Street, Suite 2080
Saint John, New Brunswick
E2K 4N5
Main number: (506) 653-5400
Toll free number: 1 800 267-5353

**Québec**

2960 Laurier Blvd.
Suite 006, Tour Iberville 3
Québec, Québec
G1V 4S1
Main number: (418) 656-1530
Toll free number: 1 800 463-4833

**Dartmouth**

133 Ilsley Avenue, Unit A
Dartmouth, Nova Scotia
B3B 1S9
Main number: (902) 490-3000
Toll free number: 1 888 490-3001

**UNITED STATES**
**Pennsylvania**

1 Sentry Parkway
STE 1000
Blue Bell PA 19422

**Indiana**

9200 Keystone Crossing
STE 300
Indianapolis IN 46240