# Exhibit A



**YELLOW PAGES PHOTOS, INC."**

## SITE LICENSE PURCHASE AGREEMENT
## PHONE DIRECTORIES COMPANY

March 15, 2004

- Number of sites covered:      all
- Number of authorized users:    unlimited
- Phone Directories Company is authorized to upload all images to a server to facilitate multiple user simultaneous access to images for all artists.
- There is no restriction as to what type of server or information system is used to facilitate multiple user simultaneous access so long as the information and images are protected from theft or unauthorized distribution to unlicensed users.
- Ownership of the images as well as the image rights remains with Yellow Pages Photos, Inc.
- There are no annual or renewal fees associated with this agreement
- Images are royalty free and may be used in as many directories as many times as necessary.
- There is no limit to the number of times a particular photo may be used.
- The license agreement remains in effect permanently and is only cancelable upon violation of the license agreement.
- 50 Images Per CD
- The price for the license agreement is as follows.
- $875 Per CD ( 80 X  $875 = $70,000) if Phone Directories Company agrees to purchase all current titles as well as all new relevant headings as they become available, up to the first 200 Headings. YPPI will ship 1-2 headings per month.
- Payments made in 9 monthly installments of $10,277.77 starting April 15, 2004.

Accepted by: _____ Date: __3/15/04__
John Woodall
Phone Directories Company


Accepted by: _____ Date: __3/15/04__
Trent Moore
Yellow Pages Photos. Inc