# Exhibit B

# AGREEMENT TO AMEND

# AMENDMENT 2

Between

Yellow Pages Photos, Inc

And

PDC Pages LLC

This Amendment is effective as of the 22nd day of April, 2009 ("Effective Date"), and amending Agreement, is by and between Yellow Pages Photos, Inc., a Florida corporation and PDC Pages LLC, each of which may be referred to in the singular as a "Party" or in plural as the "Parties."

WHEREAS, Supplier and PDC Pages entered into an agreement on March 15, 2004

WHEREAS, Supplier and PDC Pages desire to amend the agreement as hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and covenants hereinafter contained, the Parties hereto agree as follows:

1. All images supplied to date are satisfactory and all invoices for images delivered to date have been paid in full.

2. Then number of images to be produced by Yellow Pages Photos, Inc and purchased by PDC Pages effective the date of this amendment shall be 2,200 Images at a price of $22.80 (Twenty tow dollars and eighty cents) per Image. The total purchase price of all 2,200 images is $50,160.00 (Fifty Thousand One Hundred sixty Dollars).

3. Yellow Pages Photos will deliver and invoice no more than 150 Images per month

All other terms and conditions including all license agreements remain in force. PDC pages may continue to use all images purchased under the terms of the License agreement, which remains unmodified.

IN WITNESS WHEREOF, the Parties have caused this Amendment No. 2 to be executed, which may be in duplicate counterparts, each of which will be deemed to be an original but all of which together will constitute only one instrument, as of the date the last Party signs.

| Yellow Pages Photo, Inc. | PDC Pages LLC |
|---|---|
| By: _W. Trent Moore_ | By: _[signature]_ |
| Printed Name: Trent Moore | Printed Name: Todd Pickett |
| Title: President | Title: CFO |
| Date: Apirl 23, 2009 | Date: April 23rd 2009 |