# Exhibit D



July 3, 2007

Yellow Pages Photos, Inc.

Re:   License Agreement pursuant to the Site License Proposal for Phone Directories Company – March 15, 2004 (the "Agreement"), by and between Yellow Pages Photos, Inc. (the "Licensor") and Phone Directories Company (the "Licensee"), and any amendments thereto.

To Yellow Pages Photos, Inc:

Reference is made to that certain Agreement dated as of March 15, 2004, by and between, Licensor and Licensee, for the use of yellow pages images. This letter is to inform you that the correct name of the Licensee on the agreement should be Phone Directories Company, LP rather than Phone Directories Company as originally drafted. Please confirm your approval to substitute Phone Directories Company, LP as Licensee under the Agreement.

Please confirm the accuracy of the foregoing by executing where indicated below. Thereafter, please return to me as follows:

- one original executed copy of this letter via the enclosed self-addressed stamped envelope; and

- one copy of the same via facsimile transmission to the attention of Ms. Kelly Luke at (801) 223-1380.

Please contact me if you have any questions. Thank you.

Very truly yours,

Michael Bingham
Chief Financial Officer

AGREED TO AND ACCEPTED BY:

YELLOW PAGES PHOTOS, INC.

By: _____     7/12/07
Name: William Moore              Date
Title: President

**Corporate Office**

135 South Mountain Way Drive • Orem, UT 84058 • P: 801.225.0801