UNITED STATE DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| YELLOW PAGES PHOTOS, INC. )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>ZIPLOCAL, LP, YELLOW PAGES GROUP )<br>LLC, and YELLOW MEDIA, INC. )<br>)<br>*Defendant* )<br>_____ ) | Civil Action No.:<br>8:12-CV-755 RAL-TBM |

## **DEFENDANT ZIPLOCAL, LP'S MOTION TO AMEND COUNTERCLAIM**

Defendant/Counterclaimant ZIPLOCAL, LP (hereinafter Ziplocal), by and through its undersigned attorney, respectfully moves this Honorable Court for leave to amend the pending Counterclaim in this action in the form attached hereto. As grounds, Ziplocal states as follows:

1. Ziplocal previously filed in this action a Counterclaim seeking a declaratory judgment on an issue related to the same case or controversy presented in the Second Amended Complaint in this action. (Dkt. 67). In response to the Counterclaim, Plaintiff Yellow Pages Photo, Inc. (hereinafter YPP) filed a Motion to Dismiss the Counterclaim, arguing primarily that the Counterclaim raises the same issues that must be resolved on YPP's claim. (Dkt. 77). Ziplocal seeks to amend its pending Counterclaim in light of YPP's Motion to Dismiss.

2.      Additionally, Defendant Yellow Media recently deposed Trent Moore, the chief executive officer of YPP, as part of the limited jurisdiction discovery allowed by the Court.  During his deposition, Moore gave testimony that along with recent investigation performed by the undersigned counsel suggests that YPP fraudulently induced Ziplocal into executing the Site License Purchase Agreement between YPP and Ziplocal. The Site License Purchase Agreement is attached as an exhibit to the Second Amended Complaint and is one of the instruments upon which YPP has based its claims in this action. (Dkt. 56-2, Exh. 45)

3.      Federal Rule of Civil Procedure 15(a)(2) allows for amendment of pleadings in the Court's discretion. According to Rule 15(a)(2), the Court should freely give leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2).

4.      This Motion is the first request by Ziplocal to amend its Counterclaim. No Case Scheduling Order has been entered to date, as YPP and Defendant Yellow Media are embroiled in a jurisdiction dispute that likely will not be resolved until the end of October, 2012. Other than limited discovery on jurisdiction, no discovery on the merits has commenced or been allowed to this juncture. There is no prejudice to YPP if leave to amend is granted.

5.      The undersigned attorney certifies that prior to filing recently a Motion for Extension of Time to respond to YPP's Motion to Dismiss Counterclaim (Dkt. 85), he conferred with counsel for YPP to determine if counsel for YPP objected to a Motion to Amend the Counterclaim.  At that time, counsel for YPP objected to the Motion to Amend. The Court then granted Ziplocal's Motion for Extension of Time (Dkt. 86), and

thereafter counsel for Ziplocal again conferred with counsel for YPP over whether the latter still objected to a Motion to Amend the Counterclaim. Counsel for YPP would not commit one way or the other until after he had an opportunity to review the proposed Counterclaim. Earlier today the undersigned counsel e-mailed the proposed Amended Counterclaim to counsel for YPP, but the undersigned counsel has not received a response. Consistent with Local Rule 3.01(g), the undersigned counsel will continue to contact counsel for YPP after filing this Motion to determine and then report to the Court to what extent, if any, the parties are able to resolve the issues raised in this Motion.

WHEREFORE Ziplocal respectfully requests this Honorable Court to enter an Order granting leave for Ziplocal to amend its pending Counterclaim in the form attached hereto.

        s/James A. Scott, Jr.
        JAMES A. SCOTT, JR.
        FLA BAR NO.: 0279072
        BOGIN, MUNNS & MUNNS, P.A.
        687 Beville Road, Suite A
        South Daytona, Florida 32119
        (386) 763-2092
        (386) 763-5823 (fax)
        jscott@boginmunns.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record in this action.

                                                              s/James A. Scott, Jr.
JAMES A. SCOTT, JR.
FLA BAR NO.:  0279072
BOGIN, MUNNS & MUNNS, P.A.
687 Beville Road, Suite A
South Daytona, Florida 32119
(386) 763-2092
(386) 763-5823 (fax)
jscott@boginmunns.com

UNITED STATE DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| YELLOW PAGES PHOTOS, INC. ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 8:12-CV-755 RAL-TBM |
| ) | |
| ZIPLOCAL, LP, YELLOW PAGES GROUP ) | |
| LLC, and YELLOW MEDIA, INC. ) | |
| ) | |
|     *Defendant* ) | |
| _____ ) | |

**DEFENDANT ZIPLOCAL, LP'S
AMENDED COUNTERCLAIM**

Defendant/Counterclaimant ZIPLOCAL, LP (hereinafter Ziplocal), by and through its undersigned attorney, countersues the Plaintiff/Counterdefendant YELLOW PAGES PHOTO, INC. (hereinafter YPP), and alleges:

**COUNT ONE
DECLARATORY JUDGMENT ACTION**

1. This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) to the extent that the controversy pertains to the determination of a party's rights under the terms of a contract under state law.

2.      Ziplocal seeks a determination of its rights under a Site License Purchase Agreement (hereinafter Agreement) initially executed between Phone Directories Company and YPP on or about March 16, 2004. Subsequent to the execution of the Agreement, Phone Directories Company changed its name to Ziplocal. There is an actual controversy as to the number of users allowed under the Agreement. A copy of the Agreement with Amendments is attached hereto as Exhibit A.

3.      Under the Agreement, YPP agreed to give Phone Directories Company a permanent license to use YPP's library of images. Ownership of the images remained with YPP. In the Agreement, YPP agreed that Phone Directories Company would be entitled to an unlimited number of authorized users and did not restrict the identity of those users or the relationship of those users to Phone Directories Company.

4.      The chief executive officer of YPP now takes the position that the Agreement has never been and is not a license agreement and that YPP did not authorize thereunder an unlimited number of users of its images. As a result there is an actual controversy between the parties. Whether the Agreement is a license agreement and the number of authorized users thereunder affects both past and future rights of Ziplocal under the Agreement.

WHEREFORE Ziplocal respectfully demands a declaratory judgment wherein the Court:

a)      declares whether the Site License Agreement is a license agreement between the parties;

      b)      declares whether the Agreement entitles Ziplocal to an unlimited number of unauthorized users;

## COUNT TWO
## ACTION FOR DAMAGES DUE TO FRAUDULENT INDUCEMENT

1. This is an action for damages that exceed $75,000 and is within the subject matter jurisdiction of the Court. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) as this cause of action arises from the same case or controversy as YPP's main action.

2. YPP has sued Ziplocal in this action for exceeding the authorized scope of a license agreement. Under that license agreement, YPP authorized Ziplocal (formerly known as Phone Directories Company) to use photographic images owned by YPP. Attached hereto as Exhibit B is the license agreement according to the sworn testimony of the chief executive officer of YPP.

3. On or about March 16, 2004, YPP represented to Ziplocal that an unlimited number of users on behalf of Ziplocal would be entitled to access and to use YPP's images. Ziplocal reasonably relied on the foregoing representation and was induced thereby to enter into a Site License Purchase Agreement.

4. At the time YPP made the representation, YPP knew that the representation was false and that YPP did not intend to allow Ziplocal an unlimited number of users. Ziplocal discovered that falsity of representation at the time YPP in 2011 notified Ziplocal that it had exceeded the license by outsourcing to a related

company some of the process of publishing in various telephone directories advertisements containing the images.

5.      As a direct and proximate result of YPP's fraudulent inducement, Ziplocal has suffered damages, including but not limited to the loss or diminution of Ziplocal's bargain when entering into the Site License Purchase Agreement and the value of the license that YPP claims Ziplocal now has lost.

WHEREFORE Ziplocal demands judgment for damages, costs and such other relief as the Court deems just.

## DEMAND FOR JURY TRIAL

Defendant/Counterclaimant Ziplocal demands trial by jury on the issues raised in this Counterclaim.

s/James A. Scott, Jr.
JAMES A. SCOTT, JR.
FLA BAR NO.: 0279072
BOGIN, MUNNS & MUNNS, P.A.
687 Beville Road, Suite A
South Daytona, Florida 32119
(386) 763-2092
(386) 763-5823 (fax)
jscott@boginmunns.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record in this action.

s/James A. Scott, Jr.
JAMES A. SCOTT, JR.
FLA BAR NO.:  0279072
BOGIN, MUNNS & MUNNS, P.A.
687 Beville Road, Suite A
South Daytona, Florida 32119
(386) 763-2092
(386) 763-5823 (fax)
jscott@boginmunns.com

**YELLOW PAGES PHOTOS, INC.**

## SITE LICENSE PURCHASE AGREEMENT
## PHONE DIRECTORIES COMPANY

March 15, 2004

- Number of sites covered:   all
- Number of authorized users:   unlimited
- Phone Directories Company is authorized to upload all images to a server to facilitate multiple user simultaneous access to images for all artists.
- There is no restriction as to what type of server or information system is used to facilitate multiple user simultaneous access so long as the information and images are protected from theft or unauthorized distribution to unlicensed users.
- Ownership of the images as well as the image rights remains with Yellow Pages Photos, Inc.
- There are no annual or renewal fees associated with this agreement
- Images are royalty free and may be used in as many directories as many times as necessary.
- There is no limit to the number of times a particular photo may be used.
- The license agreement remains in effect permanently and is only cancelable upon violation of the license agreement.
- 50 Images Per CD
- The price for the license agreement is as follows.
- $875 Per CD ( 80 X $875 = $70,000) if Phone Directories Company agrees to purchase all current titles as well as all new relevant headings as they become available, up to the first 200 Headings. YPPI will ship 1-2 headings per month.
- Payments made in 9 monthly installments of $10,277.77 starting April 15, 2004.

Accepted by: _____  Date: 3/15/04
John Woodall
Phone Directories Company

Accepted by: _____  Date: 3/15/04
Trent Moore
Yellow Pages Photos, Inc

Ex B A
1-4

# AGREEMENT TO AMEND

# AMENDMENT 2

Between

Yellow Pages Photos, Inc

And

PDC Pages LLC

2-4

This Amendment is effective as of the 22nd day of April, 2009 ("Effective Date"), and amending Agreement, is by and between Yellow Pages Photos, Inc., a Florida corporation and PDC Pages LLC, each of which may be referred to in the singular as a "Party" or in plural as the "Parties."

WHEREAS, Supplier and PDC Pages entered into an agreement on March 15, 2004

WHEREAS, Supplier and PDC Pages desire to amend the agreement as hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and covenants hereinafter contained, the Parties hereto agree as follows:

1. All images supplied to date are satisfactory and all invoices for images delivered to date have been paid in full.

2. Then number of images to be produced by Yellow Pages Photos, Inc and purchased by PDC Pages effective the date of this amendment shall be 2,200 Images at a price of $22.80 (Twenty tow dollars and eighty cents) per Image. The total purchase price of all 2,200 images is $50,160.00 (Fifty Thousand One Hundred sixty Dollars).

3. Yellow Pages Photos will deliver and invoice no more than 150 Images per month

All other terms and conditions including all license agreements remain in force. PDC pages may continue to use all images purchased under the terms of the License agreement, which remains unmodified.

3-4

IN WITNESS WHEREOF, the Parties have caused this Amendment No. 2 to be executed, which may be in duplicate counterparts, each of which will be deemed to be an original but all of which together will constitute only one instrument, as of the date the last Party signs.

| Yellow Pages Photo, Inc. | PDC Pages LLC |
|---|---|
| By: W. Trent Moore *(Digitally signed by W. Trent Moore)* | By: *(signature)* |
| Printed Name: Trent Moore | Printed Name: Todd Pickett |
| Title: President | Title: CFO |
| Date: Apirl 23, 2009 | Date: April 23rd 2009 |

4-4



YELLOW PAGES PHOTOS, INC.
END USER LICENSE AGREEMENT
FOR Phone Directories Company.
40 USER
UNLIMITED ACCESS
SITE LICENSE AGREEMENT.

This is a license agreement.
This license agreement grants certain limited rights to the use of the photographs and images.
Yellow Pages Photos, Inc retains all ownership and title rights to the photographs and images.
Any and all rights not specifically granted in this agreement are expressly reserved by Yellow Pages Photos, Inc.
Yellow Pages Photos, Inc. from this point forward may also be referred to as YPPI.
Stock Photo Compact Disc from this point forward may also be referred to as CD.
Download is defined as either copying or saving an image to another form of media other than the CD purchased.
Photos hereafter refers to both the terms photograph and image.

Yellow Pages Photos, Inc grants Phone Directories Company a limited, non-exclusive license to the use of the stock photographs contained on the accompanying Compact Disc. The photographs contained and all copy rights and other proprietary rights therein are owned by Yellow Pages Photos, Inc, are protected by United States Copyright Laws and International treaty Provisions, and may not be used, reproduced, modified, distributed or transferred except as expressly provided by this license agreement. This license grants neither exclusive nor sole use of the photos, either in a specific region or to a single individual, adveruser, or publishing company. Other publishing companies, individuals or corporations (whether competing or not) within the same market may simultaneously obtain and publish these photos without regard to geographic region.

USE:
Yellow Pages Photos Inc grants license to use the photographs and images contained on accompanying CD for use in print publications or electronic medium without limit, ROYALTY FREE. The Images may be cropped, cut altered or manipulated from original form as necessary to meet publishing needs.
Images used in conjunction with a specific consumer product or product labeling, requires written permission and may require separate licensing agreement as well as royalty payments. This provision is waived in the case of PHONE DIRECTORIES COMPANY.

YPPI Licenses the attached Stock Photo CD's to Phone Directories Company as the end user upon the condition that you accept all of the terms and conditions contained in this Customer License Agreement (the "agreement"). Please read all of the conditions set forth with great care, as once the package is opened this indicates your acceptance of the terms and conditions set forth. If you do not agree with these conditions YPPI does not grant license and you should return the unopened packages within 10 days for a full refund.

TERM: This license agreement becomes effective from the date of purchase and continues in perpetuity, however, failure to comply with any term or condition in this agreement then, terminates this agreement automatically and without notice. Once terminated all copies of the photos will be returned and publishing will cease.

NUMBER OF USERS LICENSED:
This license is a " 40 USER, UNLIMITED ACCESS SITE LICENSE". This license specifically grants authority to allow multiple user access. The licensee may load these images on whatever system deemed appropriate to allow unfettered access to as many licensed users as necessary. This license further allows "Phone Directories Company" authority to upload all information on a network server of its own design to allow multiple site access as well. Phone Directories Company may not transfer these images to any outside parties or individuals unless authorized by YPPI. All users must be Employees of Phone Directories Company.

GEOGRAPHIC BOUNDARY:
As this is an unlimited user, unlimited access license, Geographic boundary with respect to transfer of information or server location is not limited.

The laws of the State of Florida shall govern this License Agreement. The parties hereto specifically consent to the exclusive jurisdiction (and venue) of the State and Federal Courts located in Hillsborough County, Florida. If any provision of this License Agreement is adjudged to be void, voidable or otherwise unenforceable, in whole or in part, such adjudication will not affect the validity of the remainder of the License Agreement. If any provision of this

Exh B
1-2



**YELLOW PAGES PHOTOS, INC.**

agreement is found to be void, invalid or unenforceable, it shall be severed from and shall not affect the remainder of this agreement. Any severed provision shall be replaced with a similar provision that conforms to applicable law and continues and embodies as closely as possible the original intent of this agreement. In the event of legal action to enforce this agreement or in conjunction with the use of the product the prevailing party shall be entitled to recover its attorney's fees and costs, in addition to any other legal and equitable relief granted.

Purchaser agrees to indemnify and hold harmless Yellow Pages Photos, Inc. from any and all claims, liabilities, losses, demands, damages, claims, costs and expenses (including but not limited to Attorney's fees) and agrees that liability rests solely with the end user in all occasions.

**LIMITS OF LIABILITY:**
Because YPPI is directly involved in neither the printing or publishing of the photos, and each printer or publisher utilizing its own specifications and technologies for print, YPPI is not responsible or liable for print errors before during or after publication. YPPI is not responsible or liable for damages or costs incurred as a result of loss time, loss of data, loss of anticipated profits or benefits resulting from the use of this product, nor for damages or costs incurred in the obtaining substitute products. In connection with the use of this product YPPI's liability to the purchaser arising out of the use or in connection with the use of this product whether in contract, tort or otherwise shall not exceed the purchase price or license fee paid for the photo in question.

2-2