UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                               CASE NO: 8:12-cv-755-T-26TBM

ZIPLOCAL, LP, YELLOW PAGES GROUP, LLC,
YELLOW MEDIA, INC.,

    Defendants.
_____/

**O R D E R**

Pending before the Court is Defendant Ziplocal, LP's (Ziplocal) motion to amend its original counterclaim which Plaintiff Yellow Pages Photos, Inc. (YPP) may or may not oppose. Even if the motion is opposed, however, it is due to be granted without the necessity of a response from YPP. In the Court's view, it would be a gross abuse of discretion to deny Ziplocal's request to amend its counterclaim at this early juncture of the proceedings in light of the fact that no case management scheduling order has been entered and in light of the principles of <u>Foman v. Davis</u>, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962), in which the Supreme Court mandated that leave to amend should be freely given absent prejudice to a party, undue delay, bad faith, dilatory motive, and repeated failure to cure deficiencies by amendment, none of which are present in this case.[1] Moreover, Ziplocal did not have to seek permission from

---

[1] The Court notes that it previously granted YPP's partially opposed request to amend its complaint based on the same rationale without the necessity of a response in an order entered

this Court or YPP to amend its counterclaim had it filed an amended counterclaim within the time frame required by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

Accordingly, it is ordered and adjudged as follows:

1) Defendant Ziplocal's Motion to Amend Counterclaim (Dkt. 91) is granted.

2) The Clerk shall accept for filing the amended counterclaim attached to the motion.

3) Plaintiff YPP shall file its response to the amended counterclaim within fourteen (14) days of this order.

4) Plaintiff YPP's Motion to Dismiss Ziplocal's Counterclaim (Dkt. 77) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on September 25, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

---

July 10, 2012, at docket 40.