UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

   Plaintiff,

v.                                                   CASE NO: 8:12-cv-755-T-26TBM

ZIPLOCAL, LP and YELLOW PAGES GROUP, LLC,

   Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the parties' submissions, including the declarations attached to Defendant Ziplocal's response, it is ordered and adjudged that Plaintiff's Motion for Finding of Privilege Waiver, or in the Alternative, to Conduct *In Camera* Review (Dkt. 242) is denied. The Court is satisfied from the declaration of Defendant Ziplocal's attorney that its late delivery of a privilege log should be excused. The Court is also satisfied from that declaration, as well as the declaration of Lyle Haycock and Kevin T. Shea, that the e-mails designated on the log as privileged contain information protected by the attorney-client privilege. The e-mails not so designated shall be produced to Plaintiff immediately.

**DONE AND ORDERED** at Tampa, Florida, on November 7, 2013.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record