UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                                 CASE NO: 8:12-cv-755-T-26TBM

ZIPLOCAL, LP and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, it is ordered and adjudged that Plaintiff's Motion for Sanctions (Dkt. 243) is denied because it is uncontradicted that Plaintiff's counsel failed to comply with the conferral requirements of Local Rule 3.01(g) before filing the motion. Furthermore, as the Court observed at the hearing held on the motion, the motion was in reality a disguised motion for summary judgment which is now unnecessary in light of Plaintiff's motion for summary judgment filed yesterday at docket 287.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2013.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record