UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                               CASE NO: 8:12-cv-755-T-26TBM

ZIPLOCAL, LP, and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that Defendant Yellow Pages Group, LLC's Motion for Summary Judgment filed this day at docket 301 is denied as untimely. The time for filing dispositive motions expired on November 18, 2013.[1] Furthermore, Plaintiff's response to Defendant's initial motion for summary judgment filed at docket 285 is due to be filed today. To permit Defendant to file this latest motion for summary judgment would necessarily delay for another seventeen (17) days Plaintiff's response, thereby unduly extending the time for resolution of all pending motions for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, on December 5, 2013.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See endorsed order filed at docket 273 on November 12, 2013.