UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                        CASE NO: 8:12-cv-755-T-26TBM

ZIPLOCAL, LP, and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Unopposed Motion for Extension of Time (Dkt. 351) is granted.  Counsel for all parties to this litigation shall file their trial briefs, proposed voir dire questions, proposed jury instructions, and proposed verdict forms on or before March 3, 2014.  Counsel are strongly urged to cooperate in a good faith effort to present the Court with agreed upon jury instructions and an agreed upon verdict form.

**DONE AND ORDERED** at Tampa, Florida, on February 21, 2014.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record