# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                CASE NO: 8:12-cv-755-T-26EAJ

ZIPLOCAL, LP and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Plaintiff's Motion to Tax Costs (Dkt. 447) is denied as unnecessary inasmuch as the Plaintiff has filed a proposed bill of costs at docket 446. The Court will treat the motion as a memorandum of law supporting the Plaintiff's request for taxable costs. The Defendants are directed to file any objections to the Plaintiff's request for taxable costs on or before June 5, 2014.

**DONE AND ORDERED** at Tampa, Florida, on May 21, 2014.

                                      s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record