# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| YELLOW PAGES PHOTOS, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) Case No. 8:12-cv-00755-RAL-EAJ <br> ZIPLOCAL, LP and ) <br> YELLOW PAGES GROUP, LLC, ) <br> ) <br> *Defendants.* ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Yellow Pages Group, LLC ("YPG"), a defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order entered on June 27, 2014 (Docket No. 481) denying YPG's renewed motion for judgment as a matter of law.  By so appealing from the final order, YPG also intends to appeal from prior interlocutory orders of the district court, including, but not limited to, the order entered on March 25, 2014 (Docket No. 411) denying YPG's Motion for Judgment as a Matter of Law (as stated on the record by the district court in open court), the Order entered on April 23, 2014 (Docket No. 441), the Order entered on May 5, 2014 (Docket No. 443), the Judgment entered on May 5, 2014 (Docket No. 445), and the Amended Judgment entered on June 18, 2014 (Docket No. 474).

| | |
|---|---|
| Date:  July 25, 2014 | Respectfully submitted, |
| C. Douglas McDonald, Jr.<br>Florida Bar No. 296538<br>CARLTON FIELDS JORDEN BURT<br>4221 W. Boy Scout Blvd., Ste. 1000<br>Tampa, FL   33607-5780<br><br>*Attorneys for Defendant Yellow Pages Group, LLC* | /s/   David J. Wolfsohn<br>David J. Wolfsohn *(Pro Hac Vice)*<br>Jeffrey S. Pollack *(Pro Hac Vice)*<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: 215-979-1000<br>Facsimile: 215-979-1020<br><br>Karen Chuang Kline<br>Florida Bar No. 59998<br>Duane Morris LLP<br>Boca Center Tower II<br>5100 Town Center Circle, Suite 650<br>Boca Raton, FL 33486-9000<br>Telephone: 561-962-2132<br>Facsimile: 305-397-2248<br><br>*Attorneys for Defendant Yellow Pages Group, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ David J. Wolfsohn
David J. Wolfsohn
