## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                                      CASE NO: 8:12-cv-755-T-26EAJ

ZIPLOCAL, LP, and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

### **O R D E R**

       The Court notes that the Plaintiff and the Defendant, Yellow Pages Group, LLC (YPG), have appealed the jury's verdict and various orders rendered by this Court. Accordingly, consistent with the order entered by this Court on July 18, 2014, at docket 483, and the two cases cited in that order, it is ordered and adjudged that the Plaintiff's Motion for Attorney's Fees and Nontaxable Costs (Dkt. 448) and YPG's Motion for Attorney's Fees (Dkt. 450) are denied without prejudice to being renewed within fourteen (14) days of any mandate issued by the Eleventh Circuit Court of Appeals.

       **DONE AND ORDERED** at Tampa, Florida, on July 29, 2014.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record