UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                    Case No.: 8:12-CV-755-T-26EAJ

ZIPLOCAL, LP and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

**YELLOW PAGES PHOTOS, INC.'S MOTION TO SET BRIEFING SCHEDULE ON ATTORNEY'S FEES AND NONTAXABLE COSTS AMOUNT TO WHICH IT IS ENTITLED AGAINST ZIPLOCAL, LP**

On October 9, 2014, Yellow Pages Photos, Inc. ("Yellow Pages") filed its Renewed Motion for Attorney's Fees and Nontaxable Costs against Defendant Ziplocal, LP wherein it requested the Court to determine its entitlement to fees and set a briefing schedule and hearing on the amounts (Dkt. 501). On October 31, 2014, the Court granted in part and denied in part Yellow Pages' Motion, finding that Yellow Pages is entitled to its fees and costs against Ziplocal, and reserved jurisdiction to rule on the particular amount (Dkt. 504). At that time, Defendant Yellow Pages Group, LLC's ("YPG") appeal was still pending. On July 30, 2015, the Eleventh Circuit issued its decision, affirming in all respects, and on August 28, 2015, the mandate issued as to YPG. Yellow Pages therefore requests the Court to proceed with setting a briefing schedule on the amount of fees and nontaxable costs to which Yellow Pages is entitled. Yellow Pages proposes the following briefing schedule:

Yellow Pages' Brief:  Due October 5, 2015

Ziplocal's Brief:       Due October 26, 2015

Yellow Pages further notes that it previously filed its Motion to Tax Costs and Bill of Costs against both Ziplocal and YPG. (Dkt. 446 & 447). Both Defendants filed objections, but the Court has not yet ruled on the same. Therefore, should the Court set a hearing on the amount of attorney's fees and nontaxable costs to which Yellow Pages is entitled, Yellow Pages asserts that such hearing should also include the amount of taxable costs to which Yellow Pages is entitled.

Yellow Pages has conferred with Ziplocal in relation to this motion, and Ziplocal does not oppose the request for the Court to set a briefing schedule, but it does oppose the proposed schedule of Yellow Pages, as it has indicated it would like a longer schedule to engage in discovery, including depositions.[1]

WHEREFORE Yellow Pages respectfully requests the Court to set a briefing schedule to determine the amount of fees and nontaxable costs to which Yellow Pages is entitled against Ziplocal.

---

[1] Yellow Pages asserts that reopening discovery is unnecessary and impermissible and can elaborate further on that position if the Court so desires or if and when Ziplocal files a motion to reopen discovery.

Dated:   September 9, 2015.

                                        Respectfully submitted,

                                        /s/ Mindi M. Richter
                                        J. Todd Timmerman, Esquire
                                        Florida Bar No. 0956058
                                        ttimmerman@slk-law.com
                                        Mindi M. Richter, Esquire
                                        Florida Bar No. 0044827
                                        mrichter@slk-law.com
                                        C. Philip Campbell, Jr., Esquire
                                        Florida Bar No. 0160973
                                        pcampbell@slk-law.com
                                        Jeffrey B. Fabian, Esquire
                                        Florida Bar No. 0085868
                                        jfabian@slk-law.com
                                        Shumaker, Loop & Kendrick, LLP
                                        101 East Kennedy Boulevard
                                        Suite 2800
                                        Tampa, Florida 33602
                                        Telephone No.: (813) 229-7600
                                        Facsimile No.:  (813) 229-1660

                                        Attorneys for Plaintiff, Yellow Pages Photos,
                                        Inc.

## **LOCAL RULE 3.01 CERTIFICATION**

Counsel for Yellow Pages has conferred with counsel for Defendant Ziplocal in a good faith effort to resolve the issues raised by this motion.  Defendant does not oppose the request for the Court to set a briefing schedule but does oppose the schedule proposed by Yellow Pages.

                                        /s/ Mindi M. Richter
                                        Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Mindi M. Richter
Attorney