UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTOS, INC.,

    Plaintiff,

v.                                                                                          CASE NO.  8:12-cv-755-T-26EAJ

ZIPLOCAL, LP and YELLOW PAGES
GROUP, LLC,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of Yellow Pages Group, LLC's Memorandum of Law in Support of its Motion for Sanctions Against Yellow Pages Photos, Inc. (Dkt. 520) and Yellow Pages Photos, Inc.'s Response (Dkt. 521), it is **ORDERED AND ADJUDGED** that the motion is **denied.**  Defendant Yellow Pages Group, LLC (YPG) requests denial of taxable costs to Plaintiff Yellow Pages Photos, Inc. (YPPI) as a sanction for the actions of YPPI's principal in an unrelated bankruptcy proceeding.[1]  YPG claims that Mr. Trent Moore provided false testimony in the unrelated case, which somehow taints the outcome in this case.  Arguing that Mr. Moore testified similarly in both cases– that he had "lost control" of photos when they had been

---

[1] See In re Supermedia, LLC, et al., No. 13-10546(KG) (Bankr. Del. 2015) at docket 520-1, Exh. A.

"outsourced" by third parties, YPG attempts to overlay the ruling in the unrelated case on this case to essentially create a totally different result. YPG's argument is an impermissible attempt to reargue its position, yet one more time, by adding the new theory of "lost control" and to bar YPPI from recovering its taxable costs in this case which involves different parties and facts. This Court will not engage in such overreaching.

**DONE AND ORDERED** at Tampa, Florida, on January 5, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record